### 17552.  HANNAH v. THE STATE.

BROYLES, C. J.  The bill of exceptions assigns error upon a judgment over-ruling a certiorari.  It is disclosed by the bill of exceptions and the record that the judgment was rendered on May 27, 1926, and that the bill of exceptions was presented to the judge on June 21, 1926.  This being a criminal case, and the bill of exceptions not having been tendered the judge within 20 days of the judgment complained of, this court is without jurisdiction to entertain the case.

*Writ of error dismissed.  Luke, J., concurs.  Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Certiorari; from Fulton superior court—Judge E. D. Thomas. May 27, 1926.

*H. H. Turner,* for plaintiff in error.

*Roy Dorsey, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

Criminal Law, 17 C. J. p. 147, n. 68.

### 17555.  KNOWLES v. ROSER.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only; the evidence authorized the verdict for the defendant, and the refusal to grant the plaintiff's motion for a new trial was not error.

*Judgment affirmed.  Luke, J., concurs.  Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Trover; from Floyd superior court—Judge Maddox.  June 14, 1926.

*Maddox, Matthews & Owens,* for plaintiff.

*Harris & Harris,* for defendant.

Appeal and Error, 4 C. J. p. 834, n. 60.
New Trial, 29 Cyc. p. 942, n. 95.